AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

JUAN MANUEL VALENZUELA,

    Petitioner,  **JUDGMENT IN A CIVIL CASE**
V.

    CASE NUMBER: **3:06-CV-00494-ECR-VPC**

RICHARD KIRKLAND, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (#6) is **DISMISSED** as untimely filed. IT IS FURTHER ORDERED that petitioner is **DENIED** a certificate of appealability.

  April 6, 2009                                          **LANCE S. WILSON**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                  Deputy Clerk